# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JOHN O. DUNN, II,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

5:23-cv-112

### ORDER

The Magistrate Judge issued a Report and recommended the Court dismiss Plaintiff's Complaint without prejudice. Dkt. No. 12. Plaintiff has not filed Objections to this Report and Recommendation, and the time to do so has elapsed.[1]

The Court concurs with and **ADOPTS** the Report and Recommendation as the opinion of the Court. I **DISMISS without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Order and failure to prosecute, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

---

[1] Plaintiff submitted his trust account information but not his consent form. Dkt. No. 13. Thus, Plaintiff has not complied with this Court's Order.

dismissal, and **DENY** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 26 day of February, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA