# In the United States District Court for the Southern District of Georgia Waycross Division

JOHN O. DUNN, II,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

5:23-cv-112

## ORDER

Plaintiff submitted a Demand for Information, which was docketed as a Motion to Open an Investigation. Dkt. No. 17. Plaintiff asks the Court to contact the Internal Revenue Service ("IRS") to investigate 35 entities. Id. The Court **DENIES** Plaintiff's Motion. Plaintiff does not provide any basis upon which this Court could order the IRS (or any agency) to investigate any matter. Furthermore, the Court dismissed Plaintiff's Complaint based on his failure to follow this Court's Order and to prosecute. Dkt. Nos. 12, 15, 16. This case remains **CLOSED**.

**SO ORDERED**, this 6 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA